In the Matter of WEISBERG-GOLDMAN CORPORATION et al., Appellants; AMERICAN STOVE COMPANY, Respondent.

(Submitted April 26, 1932; decided May 10, 1932.)

*Frank Weinstein* and *Samuel J. Levinson* for appellants.
*Jean A. Fitzsimmons* for respondent.

Order affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.